UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MAXWOOD MUSIC LIMITED,<br><br>                              Plaintiff,<br><br>             - against -<br><br>DARON MALAKIAN, individually ahnd doing business as MALAKIAN PUBLISHING, and SERJ Tankian, individually and doing business as SHATTERED MIRRORS PUBLISHING,<br><br>                              Defendants. | <br><br>Case No.<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable district Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Maxwood Music Limited (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
       February 21, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
    David R. Baum (DB/5013)

1221 Avenue of the Americas
New York, New York 10020-1089
212-768-6700

*Attorneys for Plaintiff*
*Maxwood Music Limited*

17588304\V-1