FEB. 24. 2008  1:49PM                                                                                    NO. 172    P. 2

# S nnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

February 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08



RECEIVED
FEB 2 5 2008
JUDGE SWEET CHAMBERS

VIA FACSIMILE

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   Maxwood Music Ltd. v. Daron Malakian, et al. Case No. 08 Civ. 1730

Dear Judge Sweet:

On February 21, 2008, my office filed the complaint in the above-referenced action on behalf of the plaintiff, Maxwood Music Ltd. The next day, we discovered that the filing failed to include the exhibits referenced in that complaint. Our office attempted to correct this clerical error by filing the missing exhibits with the Clerk's Office, but they were not accepted.

Per the instruction of Mr. Chan in Your Honor's chambers, we are sending this letter to request permission to file the missing exhibits as part of a corrected complaint. The complaint has not yet been served upon either defendant, and we have not made any changes to the complaint except for the addition of the missing exhibits. Accordingly, we enclose a courtesy copy of a proposed corrected complaint with the exhibits, and respectfully requests permission to file it with the Clerk's Office.

Respectfully submitted,

David R. Baum

So ordered
Sweet
USDJ
2/27/08

Brussels     Charlotte     Chicago     Dallas     Kansas City     Los Angeles     New York     Phoenix     St. Louis