Donald S. Zakarin (DZ 6355)
dzakarin@pryorcashman.com
Ilene S. Farkas (IF 3212)
ifarkas@pryorcashman.com
M. Mona Simonian (MS 2654)
msimonian@pryorcashman.com
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York  10022
(212) 421-4100

*Attorneys for Defendants Daron Malakian and Serj Tankian*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXWOOD MUSIC LIMITED,<br><br>                    Plaintiff,<br><br>            -against-<br><br>DARON MALAKIAN, individually and doing business as MALAKIAN PUBLISHING, and SERJ TANKIAN, individually and doing business as SHATTERED MIRRORS PUBLISHING,<br><br>                    Defendants. | 08 Civ. 1730 (RS)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance on behalf of Defendants Daron Malakian, individually and d/b/a Malakian Publishing, and Serj Tankian, individually and d/b/a Shattered Mirrors Publishing and requests that copies of all notices and other papers in this case be sent to: Donald S. Zakarin, Esq., 410 Park Avenue, New York, New York 10022, in addition to M. Mona Simonian, who is already listed as counsel of record.

      E-mail address: dzakarin@pryorcashman.com

Dated: New York, New York
May 30, 2008

                                    PRYOR CASHMAN LLP

                           By:_____s/_____
                                Donald S. Zakarin (DZ 6355)
                                dzakarin@pryorcashman.com
                                410 Park Avenue
                                New York, New York  10022
                                *Attorneys for Defendants*
                                *Daron Malakian and Serj Tankian*