Donald S. Zakarin (DZ 6355)
dzakarin@pryorcashman.com
Ilene S. Farkas (IF 3212)
ifarkas@pryorcashman.com
M. Mona Simonian (MS 2654)
msimonian@pryorcashman.com
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100

*Attorneys for Defendants Daron Malakian and Serj Tankian*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXWOOD MUSIC LIMITED,<br><br>                Plaintiff,<br><br>-against-<br><br>DARON MALAKIAN, individually and doing business as MALAKIAN PUBLISHING, and SERJ TANKIAN, individually and doing business as SHATTERED MIRRORS PUBLISHING,<br><br>                Defendants. | **08 Civ. 1730 (RS)**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance on behalf of Defendants Daron Malakian, individually and d/b/a Malakian Publishing, and Serj Tankian, individually and d/b/a Shattered Mirrors Publishing and requests that copies of all notices and other papers in this case be sent to: Ilene S. Farkas, Esq., 410 Park Avenue, New York, New York 10022, in addition to M. Mona Simonian, who is already listed as counsel of record.

E-mail address: ifarkas@pryorcashman.com

Dated: New York, New York
May 30, 2008

                            PRYOR CASHMAN LLP

                    By:_____s/_____
                        Ilene S. Farkas (IF 3212)
                        ifarkas@pryorcashman.com
                        410 Park Avenue
                        New York, New York 10022
                        *Attorneys for Defendants*
                        *Daron Malakian and Serj Tankian*